IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT HARRY THOMAS,** | : | **Civil No. 1:21-cv-1877** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **PENNSYLVANIA PAROLE BOARD** | : | |
| **and LAUREL HARRY,** | : | |
| | : | |
| **Respondent.** | : | **Judge Sylvia H. Rambo** |

## O R D E R

Before the court is Magistrate Judge Carlson's Report and Recommendation (Doc. 10), which recommends that the Petition for Writ of Habeas Corpus (Doc. 1) be denied and that no certificate of appealability shall issue. No objections have been filed to the report.

In considering whether to adopt a report and recommendation when no objections have been filed, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error). Following an independent review of the record and upon a careful review of the report and recommendation, the court is satisfied that the report and

recommendation contains no clear error and will therefore adopt the recommendation. Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The Report and Recommendation (Doc. 10) is ADOPTED;

2) The Petition for Writ of Habeas Corpus (Doc. 1) is DENIED;

3) A certificate of appealability shall not issue as Petitioner has not demonstrated "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2); and

4) The Clerk of Court is DIRECTED to close this case.

<u>s/Sylvia H. Rambo</u>
Sylvia H. Rambo
United States District Judge

Dated: April 13, 2022